UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERNON W. OFFICER, JR., d/b/a International Underwater Dive & Explorations LLC,<br><br>Plaintiff,<br><br>v.<br><br>LOV-RICKS SEA-CRAFT, Anacortes, Washington,<br><br>Defendant. | Case No. C17-0142-RSL<br><br>ORDER DISMISSING CIVIL RIGHTS COMPLAINT |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted;

(2) Plaintiff's motion for an extension of time (Dkt. 8) is DENIED;

(3) Plaintiff's complaint (Dkt. 5) and this action are DISMISSED, with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted; and

ORDER DISMISSING CIVIL
RIGHTS COMPLAINT - 1

(4) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 25th day of April, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DISMISSING CIVIL
RIGHTS COMPLAINT - 2